```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  ELANA S. LANDAU
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Fresno, California  93721
 4  Telephone:  (559) 497-4000

 5

 6
              IN THE UNITED STATES DISTRICT COURT FOR THE
 7
                     EASTERN DISTRICT OF CALIFORNIA
 8

 9

10

11  UNITED STATES OF AMERICA,        )   Case No: 1:11-CR-302
                                     )
12                    Plaintiff,     )
                                     )   ORDER TO UNSEAL INDICTMENT
13       v.                          )
                                     )
14                                   )
    WYMAN YOUNG,                     )
15                                   )
                      Defendant.     )
16                                   )
                                     )
17  _____)

18       Upon application of the United States of America and good cause
19  having been shown,
20       IT IS HEREBY ORDERED that the indictment in the above-captioned
21  proceeding be and is hereby unsealed.

22
23  Date:  18      , 2011             /s/ Jennifer L. Thurston
                                      Honorable Jennifer L. Thurston
24                                    United States Magistrate Judge
```

2

| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| | United States Attorney |
| 2 | ELANA S. LANDAU |
| | Assistant U.S. Attorney |
| 3 | 2500 Tulare Street |
| | Fresno, California 93721 |
| 4 | Telephone: (559) 497-4000 |

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case NO. 1:11-CR-302 |
| Plaintiff, | ) | |
| | ) | REQUEST TO **UNSEAL** INDICTMENT |
| v. | ) | |
| WYMAN YOUNG, | ) | |
| Defendant. | ) | |

The arrest warrant in the above-captioned proceeding was executed on November 18, 2011. As a result, there is no need for the indictment to remain under seal. Accordingly, the United States asks that the Court order that the indictment be unsealed.

BENJAMIN B. WAGNER
United States Attorney

Date: November 18, 2011        /s/ Elana S. Landau
                               By: Elana S. Landau
                               Assistant United States Attorney

1